| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Anna Zavaletta<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: Chapter 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 06/28/2023        Anna Zavaletta                    /s/ Anna Zavaletta
                        Printed name of Debtor 1           Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____      _____            _____
                        Printed name of Debtor 2           Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                    F 1002-1.EMP.INCOME.DEC

# Earnings Statement

ZAVALETTA, ANNA

Pay Date: 06/23/2023  Company: 0ER85 - REDLANDS CHRISTIAN SCHOOL  Emp #: A0CG
Period Start: 06/01/2023  105 TENNESSEE ST  Dept: 18 - Scrip
Period End: 06/15/2023  REDLANDS  CA  92373  Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 20.65 | 42.23 | 872.05 | 11757.69 |
| Overtime | 30.98 | 0.00 | 0.00 | 4.34 |
| California Lunch | 20.65 | 0.00 | 0.00 | 61.95 |
| Holiday | 20.65 | 0.00 | 0.00 | 722.75 |
| **Gross** | | 42.23 | 872.05 | 12546.73 |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 0.00 | 0.00 |
| Medicare | | | 12.65 | 181.93 |
| Social Security | | | 54.07 | 777.90 |
| California State W/H(M/0) | | | 7.21 | 112.59 |
| CaliforniaSDI Tax | | | 7.85 | 112.92 |
| **Deductions** | | | | |
| **Net Pay** | | | 790.27 | 11361.39  Voucher No. 478675592DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 790.27 | 11361.39  A/C:0375 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Employer 403B Contribution - Match | 52.32 | 752.81 *Company Match | | |
| Sick Hours | 1.93 | 61.93 | 0.00 | 61.93 |
| Unpaid Time Off Hours ** | | -8.00 | 0.00 | -8.00 |

**Accruals balances are accurate as of processing 06/21/2023 10:46 am

---

Voucher No. 478675592DD

REDLANDS CHRISTIAN SCHOOL
105 TENNESSEE STREET    DATE: 06/23/2023
REDLANDS, CA   92373

Dept: 18

**Net Pay:**    **790.27**

Seven Hundred Ninety And 27/100 Dollars

ZAVALETTA, ANNA
28948 RIVER OAKS LANE    **For Record Purposes Only**
HIGHLAND, CA  92346    **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

ZAVALETTA, ANNA

| | |
|---|---|
| Pay Date: 06/09/2023 | Company: 0ER85 - REDLANDS CHRISTIAN SCHOOL |
| Period Start: 05/16/2023 | 105 TENNESSEE ST |
| Period End: 05/31/2023 | REDLANDS  CA  92373 |

Emp #: A0CG
Dept: 18 - Scrip
Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 20.65 | 54.41 | 1123.57 | 10885.64 |
| Overtime | 30.98 | 0.00 | 0.00 | 4.34 |
| California Lunch | 20.65 | 0.00 | 0.00 | 61.95 |
| Holiday | 20.65 | 6.00 | 123.90 | 722.75 |
| **Gross** | | 60.41 | 1247.47 | 11674.68 |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 0.00 | 0.00 |
| Medicare | | | 18.09 | 169.28 |
| Social Security | | | 77.34 | 723.83 |
| California State W/H(M/0) | | | 13.42 | 105.38 |
| CaliforniaSDI Tax | | | 11.23 | 105.07 |
| **Deductions** | | | | |
| **Net Pay** | | | 1127.39 | 10571.12  Voucher No. 475371452DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1127.39 | 10571.12  A/C:0375 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Employer 403B Contribution - Match | 74.85 | 700.49 *Company Match | | |
| Sick Hours | 1.93 | 60.00 | 0.00 | 60.00 |
| Unpaid Time Off Hours ** | | -8.00 | 0.00 | -8.00 |

**Accruals balances are accurate as of processing 06/7/2023 10:57 am

---

Voucher No. 475371452DD

REDLANDS CHRISTIAN SCHOOL
105 TENNESSEE STREET
REDLANDS, CA   92373

DATE: 06/09/2023

Dept: 18

**Net Pay:**  **1127.39**

One Thousand One Hundred Twenty Seven And 39/100 Dollars

ZAVALETTA, ANNA
28948 RIVER OAKS LANE
HIGHLAND, CA  92346

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

ZAVALETTA, ANNA

| | |
|---|---|
| Pay Date: 05/25/2023 | Company: 0ER85 - REDLANDS CHRISTIAN SCHOOL |
| Period Start: 05/01/2023 | 105 TENNESSEE ST |
| Period End: 05/15/2023 | REDLANDS  CA  92373 |

Emp #: A0CG
Dept: 18 - Scrip
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 20.65 | 62.25 | 1285.46 | 9762.07 |
| Overtime | 30.98 | 0.14 | 4.34 | 4.34 |
| California Lunch | 20.65 | 1.00 | 20.65 | 61.95 |
| Holiday | 20.65 | 0.00 | 0.00 | 598.85 |
| **Gross** | | 63.39 | 1310.45 | 10427.21 |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 0.00 | 0.00 |
| Medicare | | | 19.00 | 151.19 |
| Social Security | | | 81.25 | 646.49 |
| California State W/H(M/0) | | | 14.80 | 91.96 |
| CaliforniaSDI Tax | | | 11.79 | 93.84 |
| **Deductions** | | | | |
| **Net Pay** | | | 1183.61 | 9443.73  Voucher No. 471516408DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1183.61 | 9443.73  A/C:0375 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Employer 403B Contribution - Match | 78.63 | 625.64 *Company Match | | |
| Sick Hours | 1.93 | 58.07 | 0.00 | 58.07 |
| Unpaid Time Off Hours ** | | -8.00 | 0.00 | -8.00 |

**Accruals balances are accurate as of processing 05/23/2023 11:42 am

---

Voucher No. 471516408DD

REDLANDS CHRISTIAN SCHOOL
105 TENNESSEE STREET
REDLANDS, CA   92373

DATE: 05/25/2023

Dept: 18

**Net Pay:**                                                                 **1183.61**

One Thousand One Hundred Eighty Three And 61/100 Dollars

ZAVALETTA, ANNA
28948 RIVER OAKS LANE
HIGHLAND, CA  92346

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

ZAVALETTA, ANNA

| | | |
|---|---|---|
| Pay Date: 05/10/2023 | Company: 0ER85 - REDLANDS CHRISTIAN SCHOOL | Emp #: A0CG |
| Period Start: 04/16/2023 | 105 TENNESSEE ST | Dept: 18 - Scrip |
| Period End: 04/30/2023 | REDLANDS  CA  92373 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 20.65 | 49.73 | 1026.92 | 8476.61 |
| California Lunch | 20.65 | 0.00 | 0.00 | 41.30 |
| Holiday | 20.65 | 0.00 | 0.00 | 598.85 |
| **Gross** | | 49.73 | 1026.92 | 9116.76 |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 0.00 | 0.00 |
| Medicare | | | 14.89 | 132.19 |
| Social Security | | | 63.67 | 565.24 |
| California State W/H(M/0) | | | 8.91 | 77.16 |
| CaliforniaSDI Tax | | | 9.24 | 82.05 |
| **Deductions** | | | | |
| **Net Pay** | | | 930.21 | 8260.12  Voucher No. 467776526DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 930.21 | 8260.12  A/C:0375 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Employer 403B Contribution - Match | | 61.62 | 547.01 *Company Match | |
| Sick Hours | | 1.93 | 56.14 | 0.00 | 56.14 |
| Unpaid Time Off Hours ** | | | -8.00 | 0.00 | -8.00 |

**Accruals balances are accurate as of processing 05/8/2023 12:10 pm

---

Voucher No. 467776526DD

REDLANDS CHRISTIAN SCHOOL
105 TENNESSEE STREET
REDLANDS, CA   92373

DATE: 05/10/2023

Dept: 18

**Net Pay:**                                                                                      930.21

Nine Hundred Thirty And 21/100 Dollars

ZAVALETTA, ANNA
28948 RIVER OAKS LANE
HIGHLAND, CA  92346

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***